## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LYNNETTE MORGAN,**                                                                                    **PLAINTIFF**

**v.**                                        **Case No. 4:15-cv-0587-KGB**

**DAVITA DIALYSIS,**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order filed on this same date, judgment is entered dismissing without prejudice this action. The relief requested is denied.

So adjudged this 18th day of February, 2016.

_____
Kristine G. Baker
United States District Judge